**Order entered March 1, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00238-CV

### IN RE STEVEN C. PHILLIPS, Relator

### On Appeal from the 255th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. 10-03974

## ORDER

Based on the Court's opinion of this date, we **DISMISS** this petition for writ of mandamus. We **ORDER** that relator bear the costs of this original proceeding.

/s/    DAVID LEWIS
        JUSTICE